**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    U.S. PHILLIPS CORPORATION,

10              Plaintiff,                          No. C 08-80026-MISC JSW

11        v.

12    PANTECH WIRELESS, INC.,                      **ORDER OF REFERRAL**

13              Defendant.
                                              /
14

15        Pursuant to Local Rule 72-1, the motion by Pantech Wireless, Inc. to compel third-party

16   David E. Lovejoy to produce documents and appear for a deposition and all other discovery

17   disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for

18   resolution.  The parties will be advised of the date, time and place of appearance by notice from

19   the assigned magistrate judge.

20        **IT IS SO ORDERED.**

21

22   Dated: March 4, 2008                          _____
                                                    JEFFREY S. WHITE
23                                                  UNITED STATES DISTRICT JUDGE

24

25   cc:    Wings Hom

26

27

28