IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. PHILLIPS CORPORATION,

    Plaintiff,

No. C 08-80026-MISC JSW

v.

PANTECH WIRELESS, INC.,

**ORDER OF REFERRAL**

    Defendant.

       Pursuant to Local Rule 72-1, the motion by Pantech Wireless, Inc. to compel third-party David E. Lovejoy to produce documents and appear for a deposition and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: March 4, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom