**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

CIVIL MINUTES

Date: April 15, 2008

Case No: **C-08-80026 (EDL)**

Case Name: **U.S. PHILLIPS CORPORATION v. PANTECH WIELESS, INC.**

    Attorneys:   Pltf: None   Deft: Shelley Mack   Third-party: David Lovejoy

    Deputy Clerk: Frank Justiliano         Reporter: Debra Pas
                                                       (Time: 9:34 - 9:40 a.m.  )

**PROCEEDINGS:**
    Defendant's Motion to Compel Third-party David E. Lovejoy to Produce Documents and Appear for Deposition - HELD.

**ORDERED AFTER HEARING:**
    Motion is GRANTED.  Defendant to arrange for Deposition to go forward within a month in San Francisco.  Defendant's out of pocket expenses only are allowed.

**Order to be prepared by:**  [] Plntf  [X] Deft  []  Court

cc: chambers