Shelley K. Mack, SBN 209596, mack@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Defendant and Counter-claim Plaintiff
PANTECH WIRELESS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. PHILLIPS CORPORATION,<br><br>    Plaintiff and Counter-claim Defendant,<br><br>v.<br><br>PANTECH WIRELESS, INC,<br><br>    Defendant and Counter-claim Plaintiff. | Case No. CV-08-80026 JSW (EDL)<br><br>**ORDER GRANTING MOTION TO COMPEL THIRD PARTY DAVID E. LOVEJOY TO APPEAR FOR DEPOSITION**<br><br>Date:         April 15, 2008<br>Time:         9:00 a.m.<br>Dept.:         Courtroom E, 15th Floor<br>Judge:        The Hon. Elizabeth D. Laporte<br><br>**Underlying Action: U.S.D.C. – S.D.N.Y – Case No. 1:08-cv-2526 (BSJ) (formerly U.S.D.C. E.D. Pa. 06-4583 (NLS))** |

Good cause having been shown, Defendant Pantech Wireless, Inc.'s ("PANTECH") Motion to Compel Third Party David E. Lovejoy ("LOVEJOY"), to appear for deposition is GRANTED.

LOVEJOY is ordered to appear for a deposition in San Francisco, California within one month of the date of this Order, at a date and time to be agreed upon by counsel for PANTECH and LOVEJOY.

PANTECH shall pay LOVEJOY'S out-of-pocket costs and expenses, including mileage, associated with LOVEJOY'S February 26, 2008 appearance at the Redwood City offices of Fish

1  & Richardson P.C. and LOVEJOY'S appearance for deposition in San Francisco pursuant to this
2  Order.
3      IT IS SO ORDERED.
4  Dated: April 16, 2008

The Honorable Elizabeth D. Laporte
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED.*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*